UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROANN K. SCHOTT, | Case No. CV-19-009-M-KLD |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is reversed and this matter is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405)(g).

     Dated this 7th day of October, 2019.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Annie Puhrmann
                        Annie Puhrmann, Deputy Clerk