IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROANN K. SCHOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>    Defendant. | CV 19-09-M-KLD<br><br><br>ORDER |

Plaintiff has filed a motion for attorney fees in the amount of $6,168.35 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 21). Defendant does not object to Plaintiff's motion. (Doc. 22). Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney fees in the amount of $6,168.35 is GRANTED. If, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after

1

offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 13th day of December, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge